**David HARRELL, Petitioner—Appellant,**

v.

**Mildred L. RIVERA, Warden FCI Estill, Respondent—Appellee.**

No. 08–8105.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 26, 2009.

David Harrell, Appellant Pro Se.

Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Harrell, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harrell v. Rivera,* No. 3:07–cv–02710–DCN (D.S.C. Sept. 3, 2008). We grant Harrell's motion to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*